*Mr. G. J. Jeffries,* for Relator.

NO. 8492.   STATE ex Rel. C. W. ROBISON, Relator, *v.* DISTRICT COURT for the COUNTY of FERGUS and R. M. HATTERSLEY, Judge Presiding, Respondents.

Decided December 23, 1943.

PER CURIAM.—The above application for a writ of supervisory control is denied.